UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| KRISTEN RAELYN HECK, | ) |
| Petitioner, | ) |
| v. | ) Case No. 7:23-cv-01147-LCB-HNJ |
| WARDEN KIMBERLY K NEELY, | ) |
| Respondent. | ) |

## MEMORANDUM OPINION

The Magistrate Judge entered a report (Doc. 8) on July 25, 2024, recommending that the court deny petitioner Kristen Raelyn Heck's ("Heck") petition for writ of habeas corpus brought pursuant to 28 U.S.C. § 2241 (Doc. 1) and dismiss Heck's claims without prejudice subject to her right to initiate an appropriate *Bivens* action to pursue any cognizable claims she may have.  No objections have been filed.

After careful consideration of the record in this case and the Magistrate Judge's report, the court **ADOPTS** the report and **ACCEPTS** the recommendation. Consistent with that recommendation, the court finds that Heck's petition for writ of habeas corpus brought pursuant to 28 U.S.C. § 2241 (Doc. 1) is due to be **DENIED** and her claims are due to be **DISMISSED WITHOUT PREJUDICE** subject to

Heck's right to initiate an appropriate *Bivens* action to pursue any cognizable claims she may have. A final judgment will be entered.

**DONE** and **ORDERED** August 21, 2024.

_____
**LILES C. BURKE**
UNITED STATES DISTRICT JUDGE